NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NEW IMAGE GLOBAL, INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES,**
*Defendant-Appellee*

---

2019-2444

---

Appeal from the United States Court of International Trade in No. 1:15-cv-00175-JAR, Senior Judge Jane A. Restani.

---

**ON MOTION**

---

Before DYK, REYNA, and HUGHES, *Circuit Judges.*

PER CURIAM.

**O R D E R**

On May 6, 2022, we affirmed the judgment of the Court of International Trade pursuant to Federal Circuit Rule 36. The government moves for leave to withdraw incorrect portions of two statements attached as Attachment 1 to its motion. The government's motion is granted without

prejudice to further proceedings before the Court of International Trade on this matter.

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

May 8, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court